# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Matthew P. Gubala<br>    Shaena A. Gubala<br><br>                    Debtors | Chapter 7<br><br>Case No. 17-30874-EDK |

## TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF U.S. BANK, NATIONAL ASSOCIATION

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come David W. Ostrander, Chapter 7 Trustee in the above captioned case ("Trustee"), by his counsel, and opposes the Motion For Relief From Automatic Stay ("Motion") filed by U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"). In support thereof, the Trustee admits, or has insufficient information to admit or deny, all 20 allegations stated in the Motion, but further responds that the Trustee is in the process of obtaining consent from U.S. Bank to conduct a "short sale" of the subject real estate located at 6 Cherry Hill, Holyoke, Massachusetts (the "Property").  This past week the Trustee accepted an Offer To Purchase the Property and expects a Purchase And Sale Agreement to be executed this week.  Promptly thereafter, a short sale "package" will be submitted to U.S. Bank to obtain U.S. Bank's consent to the short sale. As a result, the Trustee respectfully requests that the Motion be denied without prejudice.

                                        David W. Ostrander, Trustee

Dated: February 20, 2018

                                    By: /s/ David W. Ostrander
                                        David W. Ostrander, Esq., BBO#554004
                                        Ostrander Law Office
                                        36 Service Center Road, P.O. Box 1237
                                        Northampton, MA 01061-1237
                                        T: (413) 585-9300  F: (413) 585-9490
                                        E: david@ostranderlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| In re:<br>   Matthew P. Gubala<br>   Shaena A. Gubala<br><br>                      Debtors | Chapter 7<br><br>Case No. 17-30874-EDK |
|---|---|

**CERTIFICATE OF SERVICE**

I, David W. Ostrander, do hereby certify that I served a copy of the Trustee's Objection To Motion For Relief From Automatic Stay By U.S. Bank, N.A., on the following in the manner indicated, on February 20, 2018:

| Office of the U.S. Trustee<br>(via ECF) | Jonathan Goldsmith, Esq.<br>Counsel to Debtors<br>(via ECF) |
|---|---|
| B & B Real Estate<br>59 Cherry Street<br>Holyoke, MA 01040<br>(via email only) | Matthew P. Gubala<br>Shaena A. Gubala<br>6 Cherry Hill<br>Holyoke, MA 01040 |
| Stefanie D. Howell, Esq.<br>Shechtman Halperin Savage, LLP<br>Counsel To U.S. Bank, N.A.<br>(via ECF) | Patrick Butler<br>BK Global Real Estate Services<br>(via email only) |

/s/ David W. Ostrander
David W. Ostrander
Ostrander Law Office
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com